**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00002-CV

## IN RE BILLY SIMS, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-8795144**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/ DAVID L. BRIDGES
   JUSTICE